Rhoad Paving and Construction Co., Inc. *v.*
Smolinski, Appellant.

Argued June 12, 1964. *Leonard
J. D. Myers,* for appellant; *Richard S. Lowe,* with him
*Fox, Differ, DiGiacomo & Lowe,* for appellee.
Judgment affirmed.

Roby *v.* Bolden (et al., Appellant).

Argued June 11, 1964. *Sheldon Tabb,* with
him *Paul A. Lockrey,* for garnishee, appellant; *Albert
L. Bricklin,* with him *David A. Saltzburg,* and *Bennett
& Bricklin,* for plaintiffs, appellees.
Judgments and order affirmed.

August 4, 1964

Commonwealth ex rel. Emerson, Appellant, *v.*
Maroney.

Submitted March 18, 1964.
*Donald D. Emerson,* appellant, in propria persona;
*Samuel F. Bonavita,* District Attorney, for appellee.
Order affirmed.